**Motion Granted and Order filed January 27, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00442-CR**

_____

**JAMES JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1593722**

## ORDER

Appellant is represented by appointed counsel, Nicole Deborde. Appellant's brief was originally due October 27, 2021. We have granted a total of 90 days to file appellant's brief until January 24, 2022. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. On January 20, 2022, appellant filed a motion for extension of time to file the brief.

The motion is granted, and we order Nicole Deborde to file a brief with the clerk of this court **on or before February 23, 2022**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.